UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pingiaro
Plaintiff

V.

Standard Insurance Co., et al
Defendant

CIVIL ACTION

NO. 13-10094 RGS

JUDGMENT

STEARNS, D.J.,

In accordance with the Court's Memorandum and Order dated 12/9/13 granting defendants motion for summary judgment, it is hereby ORDERED that judgment be entered for the defendants.

By the Court,

12/23/13

/s/ Elaine Flaherty

Date

Deputy Clerk